# UNITED STATES DISTRICT COURT

FEB 1 2 2008
Feb 12, 2008

**NORTHERN** District of **ILLINOIS**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ANDREW LAMON,
  Plaintiff

V.

Roger e. Walker, Terry l. McCANN, Jerry Baldwin, Mike Cheek, Tammy Garcia, and L. Turner,
  Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

**08cv910**
**JUDGE ASPEN**
**MAG. JUDGE MASON**

I, ANDREW LAMON _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Stateville, correctional center

   Are you employed at the institution? NO   Do you receive any payment from the   NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☒ | ☐ |

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____ NA _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

   (f). Sometimes, I receive $ 20.00 dollars from family when/if they can afford to spare it.

5. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   NA

declare under penalty of perjury that the above information is true and correct.

1-31-08

Date                                    Signature of Applicant

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

certify that the applicant named herein has the sum of $ _-2.71_ on account to his/her credit a name of institution) _Stateville_. I further certify that the applicant as the following securities to his/her credit: _-2.71_

urther certify that during the past six months the applicant's average balance was $ _18.98_

2-6-08                                  E. Both

Date: 2/6/2008
Time: 09:36:22
CHAMP

**Stateville Correctional Center**
**Trust Fund**
Inmate Transaction Statement
12/8/2007 to 2/6/2008

Page 1 of 1

**Inmate:** R16056 Lamon, Andrew  **Housing Unit:** STA-F -04-13

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Beginning Balance: |  | 43.47 |
| 12/11/07 | Point of Sale | 60 Commissary | 345783 | 516927 | Commissary | -36.23 | 7.24 |
| 12/12/07 | Payroll | 20 Payroll Adjustment | 346190 |  | P/R month of 11/2007 | 10.20 | 17.44 |
| 12/17/07 | Point of Sale | 60 Commissary | 351783 | 518065 | Commissary | -10.94 | 6.50 |
| 12/27/07 | Mail Room | 01 MO/Checks (Not Held) | 3612164 | 57061458916 | Lamar, Nancel | 50.00 | 56.50 |
| 12/28/07 | Disbursements | 84 Library | 362390 | Chk #137928 | j1225747, DOC: 523 Fund Librar, Inv. Date: 12/25/2007 | -1.30 | 55.20 |
| 01/09/08 | Payroll | 20 Payroll Adjustment | 009190 |  | P/R month of 12/2007 | 10.00 | 65.20 |
| 01/09/08 | Point of Sale | 60 Commissary | 0097142 | 520465 | Commissary | -45.79 | 19.41 |
| 01/15/08 | Point of Sale | 60 Commissary | 015783 | 521231 | Commissary | -17.82 | 1.59 |

|  |  |
|---:|---:|
| Total Inmate Funds: | 1.59 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 4.30 |
| Funds Available: | -2.71 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 01/21/2008 | j0121258 | Disb | Library copies | 2 DOC: 523 Fund Library | $2.50 |
| 01/23/2008 | C0123089 | Disb | Library | 2 DOC: 523 Fund Library | $1.80 |
|  |  |  |  | Total Restrictions: | $4.30 |