IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
FEB 1 2 2008
Feb 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ANDREW LAMON,
    plaintiff,    )
)
)   **08cv910**
)
-vs-    )   **JUDGE ASPEN**
)   **MAG. JUDGE MASON**
Mike Cheek,)
Roger E. Walker, Jr.,)   Honorable Judge Presiding:
Terry L. McCann,)
Jerry Baldwin, Tammy)
Garcia, and L. Turner,)
    Defendants.)

### MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

**NOW Comes** the Plaintiff, pursuant to Rule 65(a) of the Federal Rule of Civil procedure, and respectfully moves This Honorable Court for issuance of a preliminary injunction and temporary restraining order during the pendency of this cause of action.
In support thereof, plaintiff states as follows:

1). This is a Civil rights action brought pursuant to 42 U.S.C. § 1983, by a state prisoner asserting an Eighth Amendment violation. of deliberate indifference, seeking nominal and punitive damages and the placement into protective custody, to protect the plaintiff from violence at the hands of other inmates.

2). Defendants, have **no** standing in the law to deny from the plaintiff, the right to be protected from violence at the hand of other prisoners, but will continue to do so unless This Honorable Court restrains them during the pendency of this action after which time, an injunction can be made permanent.

3). The claims before This Honorable Court, is against several popular, high ranking prison officials, with political influence, in which retaliation for plaintiff, exercising his constitutional Rights against these officials is extremely likely and anticipated due to plaintiff being in their custody, (**State custody**).

4). The plaintiff,fears not only the deprivations of his entitlements given to him by law, but as stated in paragraph #3, **Supra**, and further that, the denial of law library ,denying visitation,destroying mail,including legal mail,intentionally interferring with this litigation,filing of false disciplinary reports, the placement into segregation or Administration detention for an investigative reason. To this end,plaintiff fears for his life.

**Wherefore**,the plaintiff respectfully requests this Honorable Court grant the following:

    A. **Order**,the plaintiff,placed into protective custody for the duration of this litigation at which time this injunction can be made permanent.

    B. **order**,the Defendants,cease and desist from **any** retalitory measures against the plaintiff,where plaintiff has a Right of constitutional diminsions to exercise his rights given him by law.

    C. **order**,the plaintiff,be movee from the Stateville ,corr, center,Joliet,Il 60434.

**Wherefore**,plaintiff pray.

 

Andrew Lamon,R-16056
**Plaintiff,pro-se.**

(2)