

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

FEB 1 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ANDREW LAMON,
    Plaintiff,

-vs-

Mike Cheek,
Roger E.Walker,Jr.,
Terry L.McCann,
Jerry Baldwin,Tammy
Garcia,and L.Turner.
    Defendants.

08cv910
JUDGE ASPEN
MAG.JUDGE MASON

The Honorable Judge Presiding:

**DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION.**

**Andrew Lamon**, declares under penalty of perjury:

1). That, I am the plaintiff in this case. I make this declaration in support of my motion for a temporary restraining order and a preliminary injunction to insure that I receive protection, by prison officials, from violence at the hands of other prisoners.

2). That, as set forth in my complaint, plaintiff alleges that, **Defendants** violated his eighth Amendment Rights, where with deliberate indifference to plaintiffs safety, where **Defendants** were fully aware of the substantial risk of imminent danger and serious physical harm to plaintiff, **Defendants** repeatedly denied the plaintiff entry into, protective custody.

3). That, on october 8th, 2007, I requested protective custody and was taken from the cell-house, (D-house), to the Internal Affairs officer, L.Turner. Consequently, in regards to the allegations given to L.Turner, by me, I was placed in temporary protective custody.

4). That, on october 13th, 2007, X-house Counselor, Jerry Baldwin, presented to me an official request for protective custody form to be filled out and returned to him at my earliest convenience, I complied and returned the form the same day, 10/13/2007.

5). That, on November 13th, 2007, Counselor, Jerry Baldwin, X-house, approached my cell, XLW-08, and informed me that I had been denied protective custody, by the Warden, Terry L. McCann.

6). That, on November 13th, 2007, I wrote Warden Terry L. McCann, requesting that he reconsider the denial of protective custody in my case, However, to date, Warden McCann, never responded to my request.

7). That on December 20th, 2007, I saw the Administrative Review Board, Grievance Liason, Tammy Garcia, who reviewed my allegations for protective custody and denied me.

8). That, Subsequently thereafter, on 1/16/2008, I sent a letter complaining to the prison officials **Infra**, asking them for help and informing said prison officials that I am in imminent danger of serious physical harm at the hands of other prisoners leaving no doubt that these officials **knew** of the danger that Im in;
A. Roger E. Walker, Jr,. - prison director
B. Terry L. McCann - Warden, Stateville correctional center
C. Tammy Garcia - Administrative Review Board
D. Jerry Baldwin - X-house Counselor
E. L. Turner - Internal Affairs (I.A.)

9). That, currently, I am living in fear for my life in, (F-house), general population, awaiting to be assaulted, eventhough, I have made known to prison officials that I am in imminent danger of physical violence at the hands of other prisoners.

10). That, together, the prison officials, **Supra**, as **Defendants** have a duty to protect prisoners from violence at the hands of other prisoners.

**Wherefore**, for the foregoing reasons, this Honorable Court should grant the plaintiff's motion in all respects.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: 1/31/2008

Andrew Lamon,
Route 53, P.O.box 112
Joliet, Il 60434.

**Plaintiff, pro-se.**