MHN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

FILED
3-3-2008

MAR 3 2008
MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ANDREW LAMON,                  )
     PLAINTIFF,                ) CASE NO. 08 C 0910
                               )
     -VS-                      ) MARVIN E. ASPEN
                               )
ROGER E. WALKER, JR., et al,   ) JUDGE PRESIDING.
     DEFENDANTS.               )

## NOTICE OF FILING

TO:                                  TO:
   MICHAEL W. DOBBINS                    TERRY L. McCANN
U.S. DISTRICT COURT CLERK            STATEVILLE, C.C., WARDEN
219 SOUTH DEARBORN ST.               ROUTE 53, P.O. BOX 112
CHICAGO, ILLINOIS 60604.             JOLIET, ILLINOIS 60434.

PLEASE TAKE NOTICE THAT, ON 2/24/2008, I FILED WITH THE CLERK OF THE ABOVE STATED COURT, PLAINTIFF'S CONSENT TO EXERCISE OF JURISDICTION AND LETTER TO STATEVILLE CORR. CENTER, WARDEN, TERRY L. McCANN AND AFFIDAVIT OF WILLIAM B. GASTON.

STATE OF ILLINOIS )
                  ) SS:
COUNTY OF WILL    )

## CERTIFICATE OF SERVICE

I, ANDREW LAMON, SWEAR UNDER PENALTY OF PERJURY THAT, I SERVED A COPY OF THE ABOVE STATED DOCUMENTS HERETO ATTACHED, ON THE CLERK OF COURT, AND THAT, I SERVED A COPY OF THE DOCUMENT LABLED "LETTER TO TERRY L. McCANN" BY PLACING IT IN THE MAIL AT THE STATEVILLE, CORR. CENTER, ROUTE 53, P.O. BOX 112, JOLIET, ILLINOIS 60434, ON FEBRUARY 24, 2008.

ANDREW LAMON, R-16056
ROUTE 53, P.O. BOX 112
JOLIET, ILLINOIS 60434

Original Copy

LETTER TO TERRY L. McCANN
_____

February 24, 2008

STATEVILLE, CORR. CENTER
ATTN: TERRY L. McCANN - WARDEN
ROUTE 53, P.O. BOX 112
JOLIET, ILLINOIS 60434.

RE: ADDITIONAL EXTORTION ATTEMPTS / THREATS, ON MY FAMILY VERIFIED BY LETTER, WRITTEN BY INMATE DANIEL SMITH, # B-44381, THAT MY FAMILY MAILED BACK TO THIS INSTITUTION TO INTERNAL AFFAIRS IN JANUARY, 2008.

DEAR SIR, I SUBMIT THIS LETTER TO YOU, IN HOPE THAT YOU WILL PUT AN ABRUPT END TO INMATE SMITH'S REIGN OF TERROR, EXTORTION AND THREATS OF PHYSICAL VIOLENCE.
WARDEN, AS YOU KNOW, THIS INSTITUTION IS A HOT-BED OF INFORMATION, ALBEIT SOME INSINUATION OR GOSSIP, TO THAT END THOUGH, INMATE WORKERS ARE THE SOURCE OF MOVING INFORMATION. THAT SAID, AS SOON AS I WAS DENIED P.C., WORD REACHED SMITH AND HE BEGAN ANEW HIS ATTEMPT TO FLEECE MONEY FROM ME, THIS TIME DIRECTLY THROUGH MY FAMILY.
IN JANUARY, 2008, SMITH WROTE MY SISTER, NANCY LAMON, IN BELOIT, WISCONSIN, DEMANDING MONEY, SPEWING INVECTIVES AND MADE WHAT MY SISTER TERMED, "UGLY ALLEGATIONS", ABOUT ME.
MY SISTER, IN REGARDS TO SMITH'S LETTER, FEARING FOR MY SAFETY, IMMEDIATELY CALLED STATEVILLE, CORR. CENTER AND INFORMED INTERNAL AFFAIRS OF HER FEARS AND SMITH'S COMMENTS AND AT INTERNAL AFFAIRS REQUEST, MAILED SMITH'S LETTER TO INTERNAL AFFAIRS HERE AT STATEVILLE.
SUBSEQUENTLY THEREAFTER, ON JANUARY 16TH, 2008, I WAS MOVED FROM X-HOUSE, P.C., TO F-HOUSE, GENERAL POPULATION AND UPON ARRIVING AT MY CELL, #418, SOMEONE YELLED OUT, "THATS DREW GOING INTO 418. HE SNITCHED ON D-MONEY AND RAN TO P.C., THEY DENIED HIM AND SENT HIM BACK. WE ARE GONNA THROW YOUR BITCH-ASS OVER THE RAIL".
THAT NIGHT, I RECEIVED A LETTER FROM MY SISTER DETAILING THE ABOVE-MADE STATEMENTS IN REGARDS TO SMITH'S EXTORTION DEMANDS.
I IMMEDIATELY WROTE INTERNAL AFFAIRS, L. TURNER, WHO ON 1/21/08, CAME TO F-HOUSE AND I RELAYED ALL OF THE ABOVE AND GAVE L. TURNER THE LETTER MY SISTER WROTE ME. C/O TURNER ASSURED ME THAT HE'D HANDLE IT AND SEND MY LETTER BACK, AND REQUEST P.C. FOR ME. TO DATE, 2/24

In closing, sir, I live in complete fear for my life. I have not been out of cell, 413, for showers, RBC, or any other reason not related to prison officials directing me to.

Moreover, C/O L. Turner can verify all that I've set forth herein. In addition, as a matter of law and in hope that you'll give deference to this letter and the statements herein, I've sworn to its contents. And respectfully request that you please place me in protective custody pending an investigation, unless you decline to investigate.

                            Very truly yours,

                            Andrew Lamon, R-16054

STATE OF ILLINOIS )
                ) SS:
COUNTY OF WILL )

### AFFIDAVIT

I, Andrew Lamon, inmate at the Statesville. Corr. Center and Affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS 5/1-109, 28 U.S.C. 1746 or 18 U.S.C. 1621, that everything contained herein is true and accurate to the best of my knowledge and belief.

I further declare and affirm that the contents of the foregoing document(s), is/are known to me and is/are accurate to the best of my knowledge and belief.

Finally, I do declare and affirm that this matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

                            Signed this 24th day of Feb., 2008.

                            Andrew Lamon
                            Affiant

XC:
The Honorable Marvin E. Aspen
Michael W. Dobbins, Clerk of Court

(2)

STATE OF ILLINOIS )
                  ) SS:
COUNTY OF WILL    )

## AFFIDAVIT

I, WILLIAM B. GASTON, R-43764, DO HEREBY DECLARE AND AFFIRM THAT THE FOLLOWING INFORMATION WITHIN THIS AFFIDAVIT IS TRUE AND CORRECT IN SUBSTANCE AND IN FACTS:

1. THAT I AM AN INMATE AT THE STATEVILLE CORR. CENTER AND WAS ON JANUARY 16TH, 2008, HOUSED IN GENERAL POPULATION, F-HOUSE, CELL # 413.

2. THAT I DID INFACT HEAR INMATES IN F-HOUSE ON THE 16TH OF JANUARY, 2008, SAY "THAT THEY WERE GOING TO THROW ANDREW LAMON, "DREW", OFF THE FOUR (4) GALLERY RAIL".

3. THAT I DID INFACT READ THE LETTER FROM DREWS SISTER, ON JANUARY 16TH, 2008, WHERE SHE STATED THAT "DREWS OLD CELLIE WAS DEMANDING MONEY FROM HER AND THAT SHE CALLED THIS PRISON AND THEN MAILED THE LETTER DREWS OLD CELLIE HAD WRITTEN HER, TO I.A."

4. THAT ON 1/21/2008, ANDREW LAMON, WAS CALLED OUT OF HIS CELL BY C/O L. TURNER, IN REGARDS TO THE LETTER HE RECEIVED FROM HIS SISTER, BECAUSE I AM INMATE LAMON'S CELL-MATE, AND THAT, DREW HAS NOT LEFT THIS CELL, 413, FOR SHOWERS OR ANY REASON UNRELATED TO PRISON OFFICIALS CALLING HIM FOR FEAR, HE SAYS, OF THE GANG MEMBERS CARRYING OUT THEIR HIT ON HIM.

PURSUANT TO 28 USC 1746, 18 USC 1621 OR 735 ILCS 5/1-109, I DECLARE, UNDER PENALTY OF PERJURY, THAT EVERYTHING CONTAINED HEREIN IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF. I DO DECLARE AND AFFIRM THAT THE MATTER AT HAND IS NOT TAKEN EITHER FRIVOLOUSLY OR MALICIOUSLY AND THAT I BELIEVE THE FOREGOING MATTER IS TAKEN IN GOOD FAITH.

SIGNED THIS 24TH DAY OF FEBRUARY, 2008.

*William B. Gaston* (signature)
WILLIAM B. GASTON, R-43764
ROUTE 53, P.O. BOX 112
JOLIET, ILLINOIS 60434.
AFFIANT