

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ANDREW LAMON,
            PLAINTIFF,      )

     -VS-

ROGER E. WALKER, JR., et al.,
            DEFENDANT.

CASE NO. 08 C 0910

THE Honorable MARVIN E. ASPEN
JUDGE PRESIDING.

**MAR 11 2008**

# FILED

MAR 1 1 2008  *aew*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF FILING

TO: Michael W. Dobbins
U.S. District Court, Clerk
219 South Dearborn Street
Chicago, Illinois 60604.

PLEASE TAKE NOTICE THAT ON 3/6/2008, I FILED WITH THE CLERK OF
THE above STATED COURT, 1 ORIGINAL AND 2 COPIES OF PLAINTIFF'S
MOTION TO RECONSIDER, HIS PRELIMINARY INJUNCTION AND TEMPORARY
RESTRAINING ORDER.

     STATE OF ILLINOIS )
                       ) SS:
     COUNTY OF WILL   )

     UNDER PENALTIES PROVIDED IN law PURSUANT TO 18 U.SC. 1621, THE
UNDERSIGNED CERTIFIES THAT THE STATEMENTS SET FORTH HEREIN
are TRUE AND CORRECT.

ANDREW LAMON, R-16056
ROUTE 53, P.O. box 112
JOLIET, ILLINOIS 60434.
    PLAINTIFF, PRO-SE.

FILED

NORTHERN DISTRICT OF ILLINOIS

MAR 1 1 2008

ANDREW LAMON,

           PLAINTIFF,

  -VS-

ROGER E. WALKER, JR., et al.,

          DEFENDANT.

CASE NO. 08 C 0910

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAR 1 1 2008

THE HONORABLE MARVIN E. ASPEN
JUDGE PRESIDING.

## MOTION TO RECONSIDER

      COMES NOW THE PLAINTIFF, ANDREW LAMON, PRO-SE, AND BRINGS RESPECTFULLY, BEFORE THIS HONORABLE COURT, HIS MOTION TO RECONSIDER THIS COURTS DENIAL OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER IN THIS CAUSE AS ABOVE STATED IN SUPPORT THEREOF, PLAINTIFF STATES AS FOLLOWS:

## STATEMENT OF FACTS

      ON FEBRUARY 19TH, 2008, THIS HONORABLE COURT IN THE CAUSE SUB JUDICE, DENIED PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER, FINDING SPECIFICALLY THAT, PLAINTIFF HAS NOT MET HIS BURDEN, "WHERE CORRECTIONAL OFFICIALS HAVE BEEN UNABLE TO SUBSTANTIATE THE PLAINTIFF'S FEARS ABOUT THE DANGERS FROM GANG MEMBERS IN THE GENERAL POPULATION, AND THAT, PLAINTIFF HAS NOT DEMONSTRATED THAT EMERGENCY RELIEF IS WARRANTED."

PLAINTIFF CONCEDES THAT, THIS COURTS FINDINGS IN REGARDS TO THE DENIAL SUPRA, AND THE RECORD BEFORE HIS HONOR WAS JUST AND FAIR. HOWEVER, PLAINTIFF NOW PRESENT ADDITIONAL EVIDENCE, DEHORS THE RECORD OF HIS INITIAL PLEADINGS, WHICH CLEARLY ESTABLISH THAT, "EMERGENCY RELIEF", IS NECESSARY.

      PLAINTIFF NOW BRINGS THIS INSTANT MOTION TO RECONSIDER HIS PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER.

## GROUNDS FOR RELIEF

      THE PLAINTIFF CONTENDS THAT, WHERE HE AND HIS FAMILY HAS, TO PRISON OFFICIALS, SUBMITTED EVIDENCE THAT THE COMPLAINED OF INMATE / GANG MEMBER, HAS WRITTEN TO PLAINTIFF'S FAMILY, SPEW-ING INVECTIVES, IN AN OPENLY, BOLD ATTEMPT AT INTIMIDATION AND EXTORTION, WHICH CAN BE BY PRISON OFFICIALS SUBSTANTIATED

MOREOVER, PLAINTIFF'S PLACES IN, I-HOUSE, GENERAL POPULATION, HAS BEEN BY COMPLAINED OF GANG MEMBERS, THREATENED WITH BEING HURLED OFF OF THE FOUR (4) GALLERY RAIL, TO HIS DEATH, IF AND WHEN PLAINTIFF COMES OUT OF HIS CELL, #413.

THAT SAID, PLAINTIFF HAS NOT SHOWERED, NOR WENT TO RECREATION, YARD SINCE JANUARY 16TH, 2008, TODAY IS FEBRUARY 28TH, 2008, FURTHER, PRISON OFFICIALS ARE AWARE OF THIS SITUATION AND REFUSES TO ACT. (SEE, PLAINTIFF'S ATTACHED EXHIBITS A, B&C).

WHEREFORE, IN LIGHT OF THE ADDITIONAL EVIDENCE NOW BEFORE THIS HONORABLE COURT, THAT PLAINTIFF RESPECTFULLY PRAY THAT YOUR HONOR, RECONSIDER PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND RESTRAINING ORDER.

RESPECTFULLY SUBMITTED

by _____

ANDREW LAMON, R-16056
ROUTE 53, P.O. BOX 112
JOLIET, ILLINOIS 60434.
PLAINTIFF, PRO-SE

STATE OF ILLINOIS)
                  ) SS:
COUNTY OF WILL    )

### AFFIDAVIT

I, ANDREW LAMON, DEPOSE AND STATE THAT, AS TO THIS MOTION TO RECONSIDER AND FOR THE RELIEF PRAYED FOR HEREIN, THAT HE IS THE PLAINTIFF,

THAT HE HAS READ THE FOREGOING DOCUMENT, BY HIM SIGNED AND THAT THE STATEMENTS CONTAINED THEREIN ARE TRUE IN SUBSTANCE AND IN MATTER OF FACT.

UNDER PENALTIES PROVIDED IN LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE AND 28 U.S.C. SEC. 1746.

_____
ANDREW LAMON

XC:
THE HONORABLE MARVIN E. ASPEN
ROGER E. WALKER, JR. - DEFENDANT
MICHAEL W. DOBBINS, - CLERK

(2)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

ANDREW LAMON,                          )
       PLAINTIFF,                   )   CASE NO. 08 C 0910
   · VS ·                            )   MARVIN E. ASPEN
ROGER E. WALKER, JR., et al,           )   JUDGE PRESIDING.
      DEFENDANTS,                   )

### NOTICE OF FILING

TO:
   MICHAEL W. DOBBINS
U.S. DISTRICT COURT CLERK
219 SOUTH DEARBORN ST.
CHICAGO, ILLINOIS 60604.

TO:
   TERRY L. McCANN
STATEVILLE, C.C., WARDEN
ROUTE 53, P.O. BOX 112
JOLIET, ILLINOIS 60434

PLEASE TAKE NOTICE THAT, ON 2/24/2008, I FILED WITH THE
CLERK OF THE ABOVE STATED COURT, PLAINTIFF'S CONSENT
TO EXERCISE OF JURISDICTION AND LETTER TO STATEVILLE
CORR. CENTER, WARDEN, TERRY L. McCANN AND AFFIDAVIT
OF WILLIAM B. EASTON.

STATE OF ILLINOIS )
            ) SS :
COUNTY OF WILL   )

### CERTIFICATE OF SERVICE

I, ANDREW LAMON, SWEAR UNDER PENALTY OF PERJURY THAT, I
SERVED A COPY OF THE ABOVE STATED DOCUMENTS HERETO ATTACH-
ED, ON THE CLERK OF COURT, AND THAT, I SERVED A COPY OF THE
DOCUMENT LABLED, "LETTER TO TERRY L. McCANN" BY PLACING
IT IN THE MAIL AT THE STATEVILLE CORR. CENTER, ROUTE 53, P.O.
BOX 112, JOLIET, ILLINOIS 60434, ON FEBRUARY 24, 2008.

ANDREW LAMON, R-16056
ROUTE 53, P.O. BOX 112
JOLIET, ILLINOIS 60434
   PLAINTIFF, PRO-SE.

PLAINTIFF'S EXHIBIT "A"

<u>LETTER TO TERRY L. McCANN</u>

FEBRUARY 24, 2008

STATEVILLE, CORR. CENTER
ATTN: TERRY L. McCANN - WARDEN
ROUTE 53, P.O. BOX 112
JOLIET, ILLINOIS 60434.

RE: ADDITIONAL EXTORTION ATTEMPTS / THREATS ON MY FAMILY
VERIFIED BY LETTER, WRITTEN BY INMATE DANIEL SMITH, #
B-44581, THAT MY FAMILY MAILED BACK TO THIS INSTITUTION
TO INTERNAL AFFAIRS IN JANUARY, 2008.

DEAR SIR, I SUBMIT THIS LETTER TO YOU, IN HOPE THAT YOU
WILL PUT AN ABRUPT END TO INMATE SMITH'S REIGN OF TERROR
EXTORTION AND THREATS OF PHYSICAL VIOLENCE.
WARDEN, AS YOU KNOW, THIS INSTITUTION IS A HOT-BED OF
INFORMATION, ALBEIT SOME, INSINUATION OR GOSSIP, TO THAT
END THOUGH, INMATE WORKERS ARE THE SOURCE OF MOVING
INFORMATION. THAT SAID, AS SOON AS I WAS DENIED P.C.
WORD REACHED SMITH AND HE BEGAN ANEW HIS ATTEMPT
TO FLEECE MONEY FROM ME, THIS TIME DIRECTLY THROUGH
MY FAMILY.
IN JANUARY, 2008, SMITH WROTE MY SISTER, NANCY LAMON, IN
BELOIT, WISCONSIN. DEMANDING MONEY, SPEWING INVECTIVES
AND MADE WHAT MY SISTER TERMED, "UGLY ALLEGATIONS",
ABOUT ME.
MY SISTER, IN REGARDS TO SMITH'S LETTER, FEARING FOR MY
SAFETY, IMMEDIATELY CALLED STATEVILLE, CORR. CENTER AN
INFORMED INTERNAL AFFAIRS OF HER FEARS AND SMITH'S
COMMENTS AND AT INTERNAL AFFAIRS REQUEST. MAILED
SMITH'S LETTER TO INTERNAL AFFAIRS HERE AT STATEVILLE.

SUBSEQUENTLY THEREAFTER, ON JANUARY 16TH, 2008, I WAS
MOVED FROM X-HOUSE. P.C., TO F-HOUSE. GENERAL POPULATION
AND UPON ARRIVING AT MY CELL, #418, SOMEONE YELLED OUT
"THATS DREW GOING INTO 418. HE SNITCHED ON D-MONEY AN
RAN TO P.C., THEY DENIED HIM AND SENT HIM BACK. WE ARE
GONNA THROW YOUR BITCH-ASS OVER THE RAIL".
THAT NIGHT, I RECEIVED A LETTER FROM MY SISTER DETAIL
ING THE ABOVE-MADE STATEMENTS IN REGARDS TO SMITH'S
EXTORTION DEMANDS.
I IMMEDIATELY WROTE INTERNAL AFFAIRS. L. TURNER, WHO
ON 1/21/08, CAME TO F-HOUSE AND I RELAYED ALL OF THE
ABOVE AND GAVE L. TURNER THE LETTER MY SISTER WROTE
ME. ¢/O TURNER ASSURED ME THAT HE'D HANDLE IT AND SEND
MY LETTER BACK, AND REQUEST P.C. FOR ME, TO DATE, 2/24
2008. I'VE HEARD NOTHING BACK FROM ¢/O TURNER.

(1)

PLAINTIFF'S EXHIBIT "A"

In closing, Sir, I live in complete fear for my life. I have not been out of cell. 413, for showers, rec. or any other reason not related to prison officials directing me to.

Moreover, C/O L. Turner can verify all that I've set forth herein. In addition, as a matter of law and I hope that you'll give deference to this letter and the statements herein. I've sworn to its contents. And respectfully request that you please place me in protective custody pending an investigation, unless you decline to investigate.

VERY TRULY YOURS,

ANDREW LAMON. R-16056

STATE OF Illinois )
                   ) SS :
COUNTY OF WILL     )

### AFFIDAVIT

I, Andrew Lamon, inmate at the Stateville. Corr. Center and affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS 5/1-109, 28 U.S.C. 1746 or 18 U.S C. 1621, that everything contained herein is true and accurate to the best of my knowledge and belief.

I further declare and affirm that the contents of this foregoing document(s), is/are known to me and is/are accurate to the best of my knowledge and belief.

Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

SIGNED THIS 24TH DAY OF FEB.,
2008.

ANDREW LAMON
AFFIANT

XC:

THE HONORABLE MARVIN E. ASPEN
MICHAEL W. DOBBINS. CLERK OF COURT

PLAINTIFF'S EXHIBIT "A"

(2)

STATE OF Illinois )
                  ) SS:
COUNTY OF Will    )

## AFFIDAVIT

I, WILLIAM B. GASTON, R-43764, DO HEREBY DECLARE AND AFFIRM THAT THE FOLLOWING INFORMATION WITHIN THIS AFFIDAVIT IS TRUE AND CORRECT IN SUBSTANCE AND IN FACTS:

1. THAT I AM AN INMATE AT THE STATEVILLE CORR. CENTER AND WAS ON JANUARY 16TH, 2008, HOUSED IN GENERAL POPULATION, F-HOUSE, CELL # 413.

2. THAT I DID INFACT HEAR INMATES IN F-HOUSE ON THE 16TH OF JANUARY, 2008, SAY "THAT THEY WERE GOING TO THROW ANDREW LAMON, "DREW", OFF THE FOUR (4) GALLERY RAIL".

3. THAT I DID INFACT READ THE LETTER FROM DREWS SISTER, ON JANUARY 16TH, 2008, WHERE SHE STATED THAT "DREWS OLD CELLIE WAS DEMANDING MONEY FROM HER AND THAT SHE CALLED THIS PRISON AND THEN MAILED THE LETTER DREWS OLD CELLIE HAD WRITTEN HER, TO I.A."

4. THAT ON 1/21/2008, ANDREW LAMON WAS CALLED OUT OF HIS CELL BY C/O L. TURNER, IN REGARDS TO THE LETTER HE RECEIVED FROM HIS SISTER, BECAUSE I AM INMATE LAMON'S CELL-MATE, AND THAT, DREW HAS NOT LEFT THIS CELL, 413, FOR SHOWERS OR ANY REASON UNRELATED TO PRISON OFFICIALS CALLING HIM FOR FEAR, HE SAYS, OF THE GANG MEMBERS CARRYING OUT THEIR HIT ON HIM.

PURSUANT TO 28 USC 1746, 18 USC 1621 OR 735 ILCS 5/1-109, I DECLARE, UNDER PENALTY OF PERJURY, THAT EVERYTHING CONTAINED HEREIN IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF. I DO DECLARE AND AFFIRM THAT THE MATTER AT HAND IS NOT TAKEN EITHER FRIVOLOUSLY OR MALICIOUSLY AND THAT I BELIEVE THIS FOREGOING MATTER IS TAKEN IN GOOD FAITH.

SIGNED THIS 24TH DAY OF FEBRUARY, 2008.

William B. Gaston
WILLIAM B. GASTON, R-43764
ROUTE 53, P.O. BOX 112
JOLIET, ILLINOIS 60434
AFFIANT

Plaintiff's Exhibit "B"

## AFFIDAVIT

STATE OF ILLINOIS )
COUNTY OF WILL ) SS

I, Lamar Ewing, hereby declare that:

1. That I am aquainted with Mr. Andrew Lamon from Pontiac Correctional Center where I first met him in 2006.

2. That on February 14, 2008, I was moved to the F. housing Unit, cell #414, at the Stateville Correctional Center.

3. That upon arriving to cell #414, I noted that Mr. Lamon was housed in cell #413.

4. That Four Gallery inmates are allowed one showed per week, and yard recreation twice per week. However, I have observed Mr. Lamon refuse these activities repeatedly since my being housed next door to him.

5. I have observed that several inmates living in the same area, repeatedly and on an daily basis calls Mr. Lamon issuing threats, taunting, and using profanity. Specifically, on several occasions I have heard inmates state that, we gone throw your ass off 4 gallery, if we catch you out that cell. Since my being housed on 4 gallery, I have had opportunity to identity several of these inmates and based upon their uses of gang signs, I believe they are gang affillated

6. Several times I have told Mr. Lamon about these matters and his need to inform staff of these threats. However, Mr. Lamon has advised me that he has done so, yet officials ignore his request for assistance. Therefore, it is my belief that Mr. Lamon fears for his safety and avoid contact with other inmates.

Pursuant to 18 USC 1621 , I, Lamar Ewing declare that I have read the afore stated information and know the information to be true and correct.

DATE  2 - 28 - 08

BY: _Lamar Ewing_
AFFIANT
Lamar Ewing

STATE OF ILLINOIS )
                  ) SS:
COUNTY OF WILL    )

## CERTIFICATE OF SERVICE

I, ANDREW LAMON, PLAINTIFF PRO-SE, IN THE INSTANT CAUSE,
SWEAR UNDER PENALTY OF PERJURY THAT, I SERVED A COPY
OF THE FOREGOING, ATTACHED MOTION TO RECONSIDER MY
MOTION FOR A PRELIMINARY INJUNCTION AND TEMPORARY
RESTRAINING ORDER, WITH EXHIBITS, A,B,C ON DEFENDANT,
ROGER E. WALKER, JR., BY PLACING SAID DOCUMENT(S) IN THE
U.S. MAIL AT THE STATEVILLE, CORRECTIONAL CENTER, ROUTE
53, P.O. BOX 112, JOLIET, ILLINOIS 60434, ON 3/6/2008.

                              _A. _____

                              ANDREW LAMON, R-16054
                              ROUTE 53, P.O. BOX 112
                              JOLIET, ILLINOIS 60434.
                              PLAINTIFF, PRO-SE.