# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | MARVIN E. ASPEN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0910 | **DATE** | April 3, 2008 |
| **CASE TITLE** | Andrew Lamon (#R-16056) vs. Roger E. Walker, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion for reconsideration [#13] is denied. As discussed in the court's Minute Order of February 19, 2008, the court will not order the plaintiff's placement in protective custody or his transfer out of Stateville based solely on the plaintiff's say-so, particularly because the plaintiff's own exhibits reflect that correctional officials have rejected his claims at multiple levels of review. The plaintiff may renew his request for preliminary injunctive relief once counsel has entered an appearance for the defendants and can respond to any contention that the plaintiff is in danger. However, the Clerk is directed to mail a copy of the order to the Warden of the Stateville Correctional Center. The court once again requests that Warden McCann investigate the plaintiff's situation and take any reasonable measurers he should deem necessary to protect the plaintiff from harm at the hands of fellow inmates.

■ [Docketing to mail notices.]

mjm