# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 910 |
|---|---|
| *Andrew Lamon v. Roger E. Walker et al.,* | Hon. Marvin E. Aspen<br>Judge Presiding |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants: Roger E. Walker, Michael Cheek, Leslie Turner, Tammy Garcia, Terry McCann, and Jerry Baldwin

| | |
|---|---|
| **NAME** (Type or print)<br>CAMILE J. LINDSAY | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/Camile J. Lindsay | |
| **FIRM**<br>Office of the Illinois Attorney General | |
| **OFFICE ADDRESS**<br>100 W. Randolph, 13th Floor | |
| **CITY/STATE/ZIP**<br>Chicago, Illinois  60601 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>6280478 | **TELEPHONE NUMBER**<br>(312) 814-4329 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO __ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES __   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES __   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO __ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL __   APPOINTED COUNSEL __ | |

Case 1:08-cv-00910    Document 19    Filed 04/10/2008    Page 2 of 2