IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW LAMON R16056 | ) | |
| | ) | No. 08 C 910 |
| Plaintiff, | ) | |
| | ) | Hon. Marvin E. Aspen |
| v. | ) | Judge Presiding |
| | ) | |
| ROGER E. WALKER et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JURY DEMAND

NOW COME the defendants, ROGER E. WALKER, TERRY MCCANN, JERRY BALDWIN, MICHAEL CHEEK, TAMMY GARCIA, and LESLIE TURNER by and through their attorney, LISA MADIGAN, Attorney General of the State of Illinois, and hereby demand a jury trial in this cause on all issues so triable.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By:   s/ Camile Lindsay
CAMILE J. LINDSAY
Assistant Attorney General
General Law Bureau
100 West Randolph Street, 13th Fl.
Chicago, Illinois 60601
(312) 814-4329