IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW LAMON R16056, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.08 C 0910 |
| | ) Judge Marvin E. Aspen |
| ROGER E. WALKER, et al., | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:  Andrew Lamon R16056
Stateville
P.O. Box 112
Joliet, Illinois 60434

PLEASE TAKE NOTICE that on the 24th day of April, 2008 at 10:30 a.m., I shall appear before the Honorable Judge Marvin E. Aspen or whomsoever may be sitting in his stead in room 2568 at 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **Defendants' Motion to Dismiss**, a copy of which is attached and hereby served upon you.

LISA MADIGAN
Attorney General of Illinois

By:  s/Camile J.Lindsay
CAMILE J. LINDSAY
Assistant Attorney General
General Law Bureau
100 W. Randolph St., 13th Fl.
Chicago, Illinois 60601
(312) 814-4329

## CERTIFICATE OF SERVICE

The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on April 21, 2008.

s/Camile J. Lindsay