# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Andrew Lamon

                                        Plaintiff,

v.                                                    Case No.: 1:08–cv–00910
                                                      Honorable Marvin E. Aspen

Roger E. Walker Jr., et al.

                                        Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

     MINUTE entry before Judge Honorable Marvin E. Aspen dated 4/22/08:Plaintiff is to respond to defendnats' motion to dismiss [23] on or before 5/8/2008. Defendants are to reply by 5/19/2008. The motion hearing set for 4/24/08 is stricken. Ruling is set for 6/26/2008 at 10:30 AM. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.