IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
APR 29 2008
4-29-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 cv 910

ANDREW LAMON, ) NO. 08 C 910
    PLAINTIFF, )
-vs- ) HON. MARVIN E. ASPEN
ROGER E. WALKER, et. al., ) JUDGE PRESIDING.
    DEFENDANTS. )

## PLAINTIFF'S MOTION TO WITHDRAW CIVIL RIGHTS ACTION AGAINST DEFENDANT TAMMY GARCIA

Comes Now the Plaintiff, Andrew Lamon, Pro-se, and respectfully brings before this Honorable Court, this instant motion to withdraw his Civil Rights Action Pursuant to 42 U.S.C. 1983, against Tammy Garcia, one of the Defendants in the above cause.
In support thereof, Plaintiff states the following:

1). That Plaintiff, brought this Pro-se, Civil Rights Action Pursuant to 42 U.S.C. 1983, claiming that, Defendants, Correctional officials have violated Plaintiff's constitutional rights, by acting with deliberate indifference to his safety.

2). That The United States Marshals service, on February 21st, 2008, did serve process on Defendant, Tammy Garcia. (See. Copy of service).

[1]

Michael W. Dobbins, Clerk of U.S. District Court's Copy

Wherefore, Plaintiff, Andrew Lamon, Pro-se, respectfully pray that, This Honorable Court, Grant this instant Motion and remove, Tammy Garcia, from the cause sub Judice, where Defendant, Tammy Garcia, will not have to stand trial or face other burdens of this litigation.

Respectfully Submitted
by
Andrew Lamon, R-16056
Route 53, P.O. box 112
Joliet, Illinois 60434.
Plaintiff, Pro-se.

XC: Hon. Marvin E. Aspen
Atty General Assistant, Camile Lindsay
Clerk of Court, Michael W. Dobbins

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Andrew Lemon | 08C0910 |
| DEFENDANT | TYPE OF PROCESS |
| Roger E. Walker, et al. | S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Tammy Garcia, Administrative Review Board Liason, Stateville Correctional Center

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** S.C.C., C/O K. Sandlin, Legal Dept. P.O. Box 112, Joliet, IL 60434

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Andrew Lemon, #R-16056
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER | DATE: 02-21-08

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 5 of 6 | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk: Td | Date: 02-21-08

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 3-11-08 | Time: am/pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 |

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED | **3. NOTICE OF SERVICE** | FORM USM-285 (Rev. 12/15/80)

## Declaration under Penalty of Perjury

Pursuant to 28 U.S.C. 1746, 18 U.S.C. 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: 4/23/2008

Andrew Lamon. R-16056
Route 53, P.O. box 112
Joliet, Illinois 60434.
Plaintiff, Pro-se.

## Certificate of Service

The undersigned certifies that on the 23rd day of April, 2008, a copy of the foregoing instrument was served upon the following:

Hon. Marvin E. Aspen
219 South Dearborn Street
Chicago, Illinois 60604.

Michael W. Dobbins
U.S. District Court Clerk
219 South Dearborn St.
Chicago, Illinois 60604.

Lisa Madigan
Attorney General, c/o Camile Lindsay
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601.

by depositing the same in the U.S. mail at the Stateville Correctional Center, Route 53, P.O. Box 112, Joliet, IL 60434.

Andrew Lamon, R-16056
Plaintiff, Pro-se.

[4]