# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | MARVIN E. ASPEN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0910 | **DATE** | May 15, 2008 |
| **CASE TITLE** | Andrew Lamon (#R-16056) vs. Roger E. Walker, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion to withdraw civil rights action against Tammy Garcia [#26] is granted. Tammy Garcia is dismissed as a defendant pursuant to Fed. R. Civ. P. 41(a).

■ [**Docketing to mail notices.**]

mjm