IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW LAMON B16056 | ) | |
| | ) | |
| Plaintiff, | ) | No.08 C 910 |
| | ) | |
| v. | ) | Honorable Marvin E. Aspen |
| | ) | Judge Presiding |
| ROGER E. WALKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO STAY THE MOTION TO DISMISS BRIEFING SCHEDULE OR IN THE ALTERNATIVE GRANT DEFENDANTS ADDITIONAL TIME TO REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS**

NOW COME the Defendants, ROGER WALKER, TERRY MCCANN, JERRY BALDWIN, MICHAEL CHEEK, and LESLIE TURNER by and through their attorney, LISA MADIGAN, Illinois Attorney General, and move this court to stay the motion to dismiss briefing schedule or in the alternative grant Defendants additional time to reply to Plaintiff's response to the motion to dismiss. In support of this motion, Defendants state:

1. Defendants filed their motion to dismiss on April 21, 2008.

2. A briefing schedule was set by the Court on April 22, 2008. The Plaintiff was given until May 8, 2008 to respond and the Defendants were given until May 19, 2008 to reply.

3. The Defendants received the Plaintiff's response on May 14, 2008.

4. In addition, the Defendants received Plaintiff's motion for leave to amend the complaint on May 16, 2008.

5. In the interests of judicial economy, the Defendants are requesting that the briefing schedule for the motion to dismiss be stayed until the court rules on the Plaintiff's motion for leave

1

to amend the complaint.

6. In the alternative, Defendants request an enlargement of time until May 28, 2008 to reply to the Plaintiff's response to Defendant's motion to dismiss.

7. This motion is made in good faith and not for purposes of delay.

8. Plaintiff will not be unfairly prejudiced by the granting of this motion.

WHEREFORE, Defendants respectfully pray that this Honorable Court grant this motion to stay the motion to dismiss briefing schedule or grant an enlargement of the time to file the reply to Plaintiff's response to the motion to dismiss until May 28, 2008.

|  |  | Respectfully submitted, |
|---|---|---|
| LISA MADIGAN<br>Attorney General of Illinois | By: | s/Camile J. Lindsay<br>CAMILE J. LINDSAY<br>Assistant Attorney General<br>General Law Bureau<br>100 West Randolph Street, 13th Fl.<br>Chicago, Illinois 60601<br>312-814-4329 |