UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Andrew Lamon
                                    Plaintiff,

v.                                                            Case No.: 1:08–cv–00910
                                                                Honorable Marvin E. Aspen

Roger E. Walker Jr., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 20, 2008:

       MINUTE entry before the Honorable Marvin E. Aspen:Defendants' Motion to stay [29] briefing on the motion to dismiss is denied. Defendants' motion for additional time (29) to reply to plaintiff's response to defendants' motion to dismiss, until 5/28/08, is granted. Motion terminated. The status hearing set for 6/26/08 is stricken. Ruling is set for 7/15/08 at 10:30 a.m. The motion hearing set for 5/22/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.