NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

08 C 910

ANDREW LAMON,               )   CASE NO. 08-C-910
        Plaintiff,           )
                             )   HON. MARVIN E. ASPEN
  V.                         )   Presiding Judge
                             )
Roger E. Walker, Jr., et al., )
        Defendant.           )

**FILED**
MAY 19 2008 MB
May 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

### MOTION FOR LEAVE TO AMEND

Comes now the Plaintiff, Andrew Lamon, Pro-se, and brings respectfully before this Honorable Court, his instant motion for leave to Amend his 42 U.S.C. 1983 complaint filed in this Court on, February 12th, 2008.

In support thereof, Plaintiff states;

1). That the Plaintiff, is an inmate proceeding pro-se, in the cause now before the Court and that Plaintiff is currently being incarcerated at the Stateville Correctional Center, P.O. box 112, Joliet, Illinois 60434.

2). That the instant Pro-se Amendments, will allow the Plaintiff to adequately present and cure, any defect(s) in Plaintiffs "original" 42 U.S.C. 1983 complaint, filed February 12th, 2008.

Wherefore, Plaintiff prays that, he be granted leave to file his Amended complaint, in the above-captioned motion in the proceeding sub Judice.

Respectfully Submitted
by _____

Andrew Lamon, R-16056
Route 53, P.O. box 112
Joliet, Illinois 60434
Plaintiff, Pro-se.

The Honorable Court, Marvin E. Aspen's Copy

[1]