UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

08 C 910

ANDREW LAMON,
    Plaintiff,

v.

Roger E. Walker, Jr., et al.,
    Defendant.

CASE NO. 08-C-910

Hon. MARVIN E. ASPEN
Presiding Judge.

RECEIVED
MAY 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### PLAINTIFF'S AMENDED 42 U.S.C. 1983 COMPLAINT

Comes now the Plaintiff, ANDREW LAMON, Pro-se, and respectfully brings this instant motion to Amend his 42 U.S.C. 1983 complaint, filed February 12th, 2008, in this Honorable Court and does hereby state as follows;

1). That on February 19th, 2008, Pursuant to 28 U.S.C. 1915.A, This Court found that, Plaintiff has articulated a colorable Federal cause of action and that, Plaintiff has stated an actionable Eighth Amendment claim as well as satisfying the deliberate indifference, substantial risk of harm, Pleading standard. (See. Feb. 19th, 2008 order).

2). That Plaintiff, by and through this instant Amended complaint, incorporates thereto, his complaint filed February 12th, 2008, that Defendant, Roger E. Walker, Jr., et al, All are being sued in their individual capacity only and that Plaintiff seeks injunctive relief that would bring an end to the litigation in the cause sub judice, nominal and any other relief this Honorable Court deem appropriate.

Wherefore, Plaintiff Pray this Honorable Court allow him to Amend his 42 U.S.C. 1983 Complaint.

Respectfully Submitted
by /s/

ANDREW LAMON, R-16056
Route 53, P.O. box 112
Joliet, Illinois 60434
Plaintiff, Pro-se.

[2]

<u>Declaration under Penalty of Perjury</u>

Pursuant to 28 U.S.C. 1746, 18 U.S.C. 1621 or 735 ILCS 5/1-109 I declare, under Penalty of Perjury, that I am a named Party in the above action, that I have read the above Document(s) and that, the information contained therein is true and correct, to the best of my knowledge.

May 13th, 2008

Andrew Lamon, R-16056
Route 53, P.O. box 112
Joliet, Illinois 60434.
Plaintiff, Pro-se.

[2]

## Certificate of Service

The undersigned certifies that on the 13st day of May, 2008, a copy of the foregoing instrument was served upon the following:

Hon. Marvin E. Aspen
219 S. Dearborn Street
Chicago, Illinois 60604.

Michael W. Dobbins
U.S. District Court, Clerk
219 S. Dearborn Street
Chicago, Illinois 60604.

Lisa Madigan, Attorney General
C/o Camile Lindsay
100 West Randolph Street, 13th Fl.
Chicago, Illinois 60601.

by depositing the same in the U.S. mail, at the Stateville Corr. Center, Route 53, P.O. Box 112, Joliet, Illinois 60434.

Andrew Lamon, R-16056
Plaintiff, Pro-se.

[4]