# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | MARVIN E. ASPEN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0910 | **DATE** | May 28, 2008 |
| **CASE TITLE** | Andrew Lamon (#R-16056) vs. Roger E. Walker, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion for leave to amend [#32] is denied, without prejudice. The court does not permit piecemeal amendments. If the plaintiff wishes to amend, he must submit an amended complaint that stands complete on its own, without reference to prior pleadings. The Clerk is directed to mail the plaintiff an amended complaint form along with a copy of this order.

*/s/ Marvin E. Aspen*

■ [Docketing to mail notices.]

mjm

Order Form (01/2005)  Case 1:08-cv-00910   Document 36   Filed 05/28/2008   Page 1 of 1