# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | MARVIN E. ASPEN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0910 | **DATE** | June 16, 2008 |
| **CASE TITLE** | Andrew Lamon (#R-16056) vs. Roger E. Walker, et al. | | |

**DOCKET ENTRY TEXT:**

The Clerk is directed to file the amended complaint [#38] pursuant to Fed. R. Civ. P. 15 and 28 U.S.C. § 1915A. Issuance of summonses is not necessary, as all named defendants have been served and are represented by counsel. The defendants' motion to dismiss the original complaint [#23] is denied as moot in light of the filing of the amended complaint. The ruling date of July 15, 2008, at 10:30 a.m. is converted to a status/scheduling conference. The defendants are directed to answer or otherwise respond to the amended complaint within twenty-one days of the date of this order.

■ [**Docketing to mail notices.**]

*/s/ Marvin E. Aspen*

mjm