IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW LAMON R16056, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.08 C 0910 |
| | ) Judge Marvin E. Aspen |
| ROGER E. WALKER, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:   Andrew Lamon R16056
      Stateville
      P.O. Box 112
      Joliet, Illinois 60434

    PLEASE TAKE NOTICE that on the 15th day of July, 2008 at 10:30 a.m., I shall appear before the Honorable Judge Marvin E. Aspen or whomsoever may be sitting in his stead in room 2568 at 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **Defendants' Motion to Dismiss**, a copy of which is attached and hereby served upon you.

LISA MADIGAN
Attorney General of Illinois          By:   s/Camile J.Lindsay
                                            CAMILE J. LINDSAY
                                            Assistant Attorney General
                                            General Law Bureau
                                            100 W. Randolph St., 13th Fl.
                                            Chicago, Illinois 60601
                                            (312) 814-4329

## CERTIFICATE OF SERVICE

    The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on July 9, 2008.

    s/Camile J. Lindsay