IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 2 4 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

ANDREW LAMON,
   Plaintiff,

-vs-

ROGER E. WALKER, et al,
   defendants.

NO. 08-C-910

HON. MARVIN E. ASPEN
Judge Presiding.

## MOTION TO RESCIND JURY TRIAL REQUEST

  Comes now the plaintiff, ANDREW LAMON, Pro-se, and brings respectfully before This Honorable Court, this instant motion to rescind plaintiffs Jury Trial request as setforth in his Amended 42 U.S.C. 1983 complaint, currently pending.

In support thereof, Plaintiff states the following:

  1). That, on June 16th, 2008, This Honorable Court directed the clerk of this Court, to file Plaintiffs Amended Complaint, pursuant to Fed. R. Civ. P. 15 and 28 U.S.C.S 1915A.

  2). That, plaintiff hereby this instant motion, move This Honorable Court, to allow him, in the cause sub Judice, to rescind his Jury trial request and proceed to a bench trial before This Court.

  3). That, Plaintiff avers this waiver of the right to a Jury trial is, voluntarily, knowingly and intelligently made.

  Wherefore, plaintiff respectfully pray that This Honorable Court, grant plaintiffs instant motion to rescind his Jury trial request.

Respectfully Submitted
by  A. _____

Andrew LAMON, R-16056
Route 53, P.O. box 112
Joliet, Illinois 60434.
Plaintiff, Pro-se

[1]

<u>Declaration under Penalty of Perjury</u>

Pursuant to 28 U.S.C. 1746, 18 U.S.C. 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: 7/21/2008

Andrew Lamon, R-16056
Route 53, P.O. box 112
Joliet, Illinois 60434.
Plaintiff, Pro-se.

[2]

## Certificate of service

The undersigned certifies that on, 7/21/2008, a copy of the foregoing instrument was served upon the following:

Hon. Marvin E. Aspen
219 South Dearborn Street
Chicago, Il 60604.

Michael W. Dobbins
219 South Dearborn Street
Chicago, Il 60604.

Camille J. Lindsay
100 W. Randolph St., 13th Fl
Chicago, Il 60601.

by depositing the same in the U.S. mail at the Stateville Correctional Center. Route 53, P.O. box 112, Joliet, Illinois 60434.

Andrew Lamon, R-16056
Plaintiff, pro-se

[3]